

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-21-00333-CV

**IN RE HEART OF THE HEART WHITETAILS, LLC**, David Powell and Double 09 Ranch, LLC, Relators

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Liza A. Rodriguez, Justice

On August 11, 2021, relators filed a petition for a writ of mandamus. On August 13, 2021, relators filed an emergency motion to stay proceedings in the trial court. The real parties in interest have filed a response to the emergency motion. After considering the petition, motion, response, and mandamus record, this court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus and the emergency motion for stay are denied. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 13, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court

---

[1]This proceeding arises out of Cause No. 215965, styled *Randy Baker and Heart of the Heart Ranch, LLC v. Heart of the Heart Whitetails, LLC*, pending in the 452nd District Court, Mason County, Texas, the Honorable Robert Rey Hofmann presiding.